**FILED**
Statesville, NC

MAR 23 2026

Clerk, US District Court
Western District of NC

# CIVIL WRONG TORT *

**Hand-Delivered**

5:26-cv-66-MEO

To Be filed with the <u>North Carolina Western District</u> of the Courts according to the (<u>Law of the Land</u>)

<u>Law of the Land</u>: the law in effect in a country and applicable to its members, whether the law is <u>Statutory</u>, <u>administrative</u>, or <u>case-made</u>

## * ACTS COMMITTED AGAINST THE PLAINTIFF *

1) <u>Unlawful Act</u>: A violation of a civil or criminal law.

2) <u>False Imprisonment</u>: the restraint of a person in a bounded area without <u>legal authority</u>; <u>justification</u>; or <u>consent</u>.

3) <u>False Pretenses</u>: the crime of knowingly obtaining title to anothers property by misrepresenting a fact with the intent to defraud.

4) <u>Falsifying A Record</u>: the crime of making false entries or otherwise tampering with a <u>Public Record</u> with the intent to deceive or injure, or to <u>Conceal wrongdoing</u>. 18 USC §§ <u>1506; 2071; 2073</u>

5) <u>Lack of Legal Authority</u>: *<u>NO VALID WARRANT</u>

6) <u>Criminal Content</u>: An intent to commit an (Actus Reus) without any <u>jurisdiction</u>; <u>excuse</u>, or <u>other defense</u>.

7) <u>Intentional Confinement</u>: the <u>Lack of Consent Jurisdiction</u>: Jurisdiction that parties have agreed to; either <u>by accord</u>; <u>by contract</u>; or by <u>general appearance</u>. <u>Subject Matter Jurisdiction</u>: Jurisdiction over the nature of the case and the type of relief sought.

( <u>CIVIL WRONG TORT DEFINED</u> )

\*\*\* Restricting Anothers Freedom of Movement Without Legal Jurisdiction OR Consent \*\*\*

\*\*\* <u>List of Defendants</u> To Be Name in <u>Lawsuit</u>.

1) <u>Conjoined Defendants</u> : Both are the same <u>entity and party</u>.

(Iredell Memorial Hospital) ⟶ (Iredell/Davis Behavioral Health System)
557 Brookdale Drive                    218 old Mocksville Road
Statesville, North Carolina 28677      Statesville, North Carolina 28625
(704) 873-5661                         (704) 873-0281

2) (Iredell County EMS)
   404 Bristol Drive
   Statesville, North Carolina 28677
   (704) 878-3025

3) (Statesville Police Department)
   330 South Tradd Street
   Statesville, North Carolina 28677
   (704) 878-3406

( <u>Damages Sought</u> )

(Intentional Infliction of Emotional Distress)

The Tort Of Intentionally OR Wrecklessly Causing Another Person Severe Emotional Distress Though One's Extreme or \*OUTRAGEOUS Acts\*.

\*\*\* In the Amount of <u>$ 20 million Dollars Per Defendant</u> Due to <u>PLAINTIFFS PAIN & SUFFERING & PUNITIVE DAMAGES</u>

## NAME OF PLAINTIFF

\* Sean Lincoln Ikard-Bey
P.O. Box 5104
Statesville, North Carolina 28687-5104
Email: Ikard-Bey@proton.me

Sean Lincoln Ikard-Bey    March 23, 2026

# AFFIDAVIT

North Carolina

County of _Iredell_

_Sean Lincoln Ikard · Bey_ , appearing before the undersigned
*Name of principal*

notary and being duly sworn, says that:

1. Civil Wrong Tort

2. A Statement Of Fact

*UCC103A
Without Prejudice

_Sean Lincoln Ikard-Bey_
*Affiant*

Sworn to (or affirmed) and subscribed before me this the 23 day of March,
2026.

_Official Signature of Notary_

Darly Mora McDaniels , Notary Public
*Notary's printed or typed name*

My commission expires: 7·10·28